IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

2006 AUG -7 A 9: 12

| | | |
|---|---|---|
| ROBERT PRUETER, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| vs. | * | CASE NO. 1:06cv694 |
| | * | |
| CDA DETECTIVE & SECURITY | * | |
| SERVICES, a corporation or business | * | |
| entity doing business in the State of | * | |
| Alabama, R. Head, and individual | * | *State Court Case No.* |
| and X, Y, Z, being persons, partnerships | * | *Circuit Court of Dale County* |
| or corporations whose names | * | *CV 2005-261* |
| are otherwise unknown but will be added | * | |
| by amendment when ascertained | * | |
| | | |
| DEFENDANTS. | | |

### CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL

**COMES NOW**, Everett M. Urech, Attorney for the Defendants, CDA Detective & Security Services and R. Head, and certifies and shows unto this Court that on the 3rd Day of August, 2006. He dis service notice upon Counsel for the Plaintiff and upon the Clerk of the Circuit Court for Dale County, Alabama by U.S. Mail, properly addressed and postage prepaid, a true and correct copy of the Notice of Removal filed herein, and that attached to said Notice of Removal were true and correct copies of the proceedings in the action originally filed in the Circuit Court for Dale County, Alabama.

Respectfully, submitted this 3rd Day of August, 2006.

_____
**Everett M. Urech**
**Attorney for Defendants**

Urech & Livaudais, P.C.
Post Office Drawer 70
Daleville, Alabama 36322
(334) 598-4455/fax-598-2076
daleatty@snowhill.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing document, upon counsel of record in this litigation, according to law, by placing a copy of same in the United States Mail, postage prepaid and properly addressed to the parties below on this 3rd day of August, 2006.

Mr. J.E. Sawyer, Jr.
Attorney for the Plaintiff
203 South Edwards Street
Enterprise, AL 36330

Clerk of Court
Circuit Court of Dale County
P.O. Box 1350
Ozark, AL 36361

_____
**Of Counsel**