IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERT PRUETER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:06CV694-VPM |
| | ) | |
| CDA DETECTIVE & SECURITY SERVICES, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The defendants filed a Motion to Dismiss, or in the alternative, Motion for Summary Judgment on 14 August 2006 (Doc. # 3). The defendant alleges that the plaintiffs' state law claims "are preempted by Section 310 of the Labor Management Relations Act, 29 U.S.C. § 185[,] and that the Plaintiff has failed to exhaust his administrative remedies". The court has reviewed the complaint and the amended complaint filed in state court and concludes that the two claims, to wit, wrongful termination and breach of contract, are indeed state law claims. Moreover, the defendants have filed their Answer. Accordingly, it is ORDERED as follows:

1. On or before 29 August 2006, the plaintiff shall show cause in writing why the motion should not be granted - both as to dismissal and summary judgment.

2. Although the time for notifying the court of consent to disposition by a Magistrate Judge has not yet expired, the motion before the court is a dispositive motion. Inasmuch as the parties have not yet consented, on or

before 29 August 2006, they shall separately notify the Cl;erk of the court whether they wish to consent to the Magistrate Judge in writing by sending a completed consent form to the Clerk of the court.  A copy of the form is attached for a party's use.  The parties are ADVISED that they may freely decline to consent without adverse consequences.

DONE this 15th day of August, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

| | |
|---|---|
| _____, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | |
| _____, ) | |
| ) | |
| Defendant. ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____
DATE

_____
SIGNATURE

_____
COUNSEL FOR (print name of all parties)

_____
ADDRESS, CITY, STATE, ZIP CODE

_____
TELEPHONE NUMBER