IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERT PRUETER, | * | |
| PLAINTIFF, | * | |
| VS. | * | CASE NO: 1:06-CV-694-VPM |
| CDA DETECTIVE & SECURITY SERVICES, et al., | * | |
| DEFENDANT. | * | |

## *MOTION TO DISMISS*

COMES NOW plaintiff, Robert Prueter, by undersigned counsel, J. E. Sawyer, Jr. and moves this Honorable Court to dismiss this instant action without prejudice, and as grounds would show as follows:

1.     Plaintiff avers that the instant action should be dismissed without prejudice to allow Plaintiff to exhaust all administrative and/or procedural remedies.

WHEREFORE, Plaintiff prays that this Honorable Court will dismiss the instant action without prejudice to allow Plaintiff to exhaust his administrative and/or procedural relief and for such other and further relief as this Court deems just and proper in the premises.

Dated this 29th day of August, 2006.

\_\_\_/s/J. E. Sawyer, Jr._____
J. E. Sawyer, Jr.
Attorney for Plaintiff
203 South Edwards Street
Enterprise, AL 36330
334/347-6447

## *CERTIFICATE OF SERVICE*

     I certify that on August 29, 2006 I have filed the above and foregoing electronically with the Clerk of Court using the CM/ECF system and that notice of my filing of same will be electronically served on Mr. Everett Urech, Esquire and Mr. Jeff Weintrub, Esquire.

                                              ___/s/J. E. Sawyer, Jr._____