**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

September 1, 2006

## NOTICE OF REASSIGNMENT

RE:  Robert Prueter v. CDA Detective & Security Services et al
     Civil Action No. 1:06cv00694-VPM

The above-styled case has been reassigned to District Judge Myron H. Thompson.

Please note that the case number is now 1:06cv00694-MHT.  This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk